**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

STC INC; GLOBAL TRAFFIC TECHNOLOGIES LLC

**vs**

STC INC

**CASE NO** 14-41014
**CHAPTER:** 11

**DATE:** October 14, 2014
**PLACE:** East St Louis

**PRESENT:** Honorable Laura K. Grandy, US Bankruptcy Judge

| | | |
|---|---|---|
| **COUNSEL FOR PLAINTIFF:** | John Hall | Appears |
| | George Mesires | Appears |
| | David Farrell | Appears |
| **COUNSEL FOR DEFENDANT:** | John Hall | Appears |

**PROCEEDINGS:**
1) FINAL HRG: Emergency Motion for Authority to Use Cash Collateral
2) FINAL HRG: Application to Employ John J Hall and Lewis, Rice & Fingersh
3) Objection to Motion to Confirm that the Automatic Stay does not Apply to Debtor's Appeal and to Confirm Debtor's Right to Continue in the Appeal

**MINUTES OF COURT:**

Case is called for hearing on the debtor's Emergency Motion for Authority to Use Cash Collateral; the debtor's Application to Employ John J Hall and Lewis, Rice and Fingersh as Attorney for the Debtor; Global Traffic Technologies LLC's Objection to the debtor's Motion to Confirm that the Automatic Say does not Apply to Debtor's Appeal and to Confirm Debtor's Right to Continue in the Appeal; the debtor's Motion for Entry of an Order Authorizing STC to Act as a Foreign Representative on Behalf of its Estate; the debtor's Application to Employ Special Appellate Counsel; the debtor's Motion for Order Granting Administrative Expense Status to Undisputed Obligations and to Pay Such Obligations; and the debtor's Motion for Entry of Order Establishing and Implementing Procedures for Treatment of Reclamation Claims. Mark Skaggs appears as counsel for the United States Trustee.
1) The debtor's Emergency Motion for Authority to Use Cash Collateral is Granted. John Hall to submit a proposed order within 2 days. Failure to submit the order within the time allotted may result in this Court taking any other action deemed appropriate, which may include granting or denying the relief sought.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Jacob Friederich
Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

STC INC; GLOBAL TRAFFIC TECHNOLOGIES LLC

**vs**

STC INC

CASE NO  14-41014
CHAPTER:   11

DATE:  October 14, 2014
PLACE:  East St Louis

**PRESENT**:  Honorable Laura K. Grandy, US Bankruptcy Judge

| **COUNSEL FOR PLAINTIFF**: | John Hall | Appears |
| | George Mesires | Appears |
| | David Farrell | Appears |
| **COUNSEL FOR DEFENDANT:** | John Hall | Appears |

**PROCEEDINGS:**  4) Motion for Entry of an Order Authorizing STC to Act as a Foreign Representative
5) Application to Employ Special Appellate Counsel
6) Motion for Order Granting Administrative Expense Status to Undisputed Obligations and to Pay Such Obligations

**MINUTES OF COURT:**

2) The hearing on the debtor's Application to Employ John J Hall and Lewis, Rice & Fingersh as Attorney for the Debtor is continued to November 18, 2014, at 09:00 a.m. in the Bankruptcy Court, East St. Louis, IL. No further notice to issue. Mark Skaggs is granted 2 days to file a formal objection to the debtor's Application.
3) The debtor's Motion to Confirm that the Automatic Stay does not Apply to Debtor's Appeal and to Confirm Debtor's Right to Continue in the Appeal is Granted. John Hall to submit a proposed order within 2 days. Failure to submit the order within the time allotted may result in this Court taking any other action deemed appropriate, which may include granting or denying the relief sought.
4) The debtor's Motion for Entry of an Order Authorizing STC to Act as a Foreign Representative on Behalf of its Estate is Granted. John Hall to submit a proposed order within 2 days. Failure to submit the order within the time allotted may result in this Court taking any other action deemed appropriate, which may include granting or denying the relief sought.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Jacob Friederich
Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR  RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF  PROCEEDINGS FOR THE ACTUAL ORDER.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STC INC; GLOBAL TRAFFIC TECHNOLOGIES LLC

vs

STC INC

CASE NO  14-41014
CHAPTER:  11

DATE:  October 14, 2014
PLACE:  East St Louis

**PRESENT**:  Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:  John Hall           Appears
George Mesires      Appears
David Farrell       Appears

**COUNSEL FOR DEFENDANT**:  John Hall       Appears

**PROCEEDINGS**:  7) Motion for Entry of Order Establishing and Implementing Procedures for Treatment of Reclamation Claims

**MINUTES OF COURT**:

5) The debtor's Application to Employ Special Appellate Counsel is Granted. John Hall to submit a proposed order within 2 days. Failure to submit the order within the time allotted may result in this Court taking any other action deemed appropriate, which may include granting or denying the relief sought.
6) The debtor's Motion for Order Granting Administrative Expense Status to Undisputed Obligations and to Pay Such Obligations is Granted. John Hall to submit a proposed order within 2 days. Failure to submit the order within the time allotted may result in this Court taking any other action deemed appropriate, which may include granting or denying the relief sought.
7) The debtor's Motion for Entry of Order Establishing and Implementing Procedures for Treatment or Reclamation Claims is Granted. John Hall to submit a proposed order within 2 days.  Failure to submit the order within the time allotted may result in this Court taking any other action deemed appropriate, which may include granting or denying the relief sought.
Global Traffic Technologies LLC's Motion to Dismiss Case, previously filed with the Court on October 10, 2014 will be heard at a hearing on November 18, 2014, at 09:00 a.m. in the Bankruptcy Court, East St. Louis, IL. No further notice to issue.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Jacob Friederich
Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR  RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF  PROCEEDINGS FOR THE ACTUAL ORDER.**